RECEIVED
IN LAKE CHARLES, LA





ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| **MICHAEL W. OSBORNE** | **CIVIL ACTION NO. 05-1484-LC** |
| VS. | SECTION P |
| **CALCASIEU CORRECTIONAL CENTER, ET AL** | **JUDGE MINALDI** <br> **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the ____ day of __December__, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE